1  Jonathan D. Baker (Cal. Bar No. 196062)
2  Brent D. Rafferty (Cal Bar No. 221300)
   FARNEY DANIELS LLP
3  800 S. Austin Ave., Suite 200
   Georgetown, Texas  78626
4  Telephone:  (512) 582-2828
   Facsimile:  (512) 582-2829
5  E-Mails:  JBaker@farneydaniels.com
             BRafferty@farneydaniels.com
6
   ATTORNEYS FOR PLAINTIFF
7  BRANDYWINE COMMUNICATIONS

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | BRANDYWINE COMMUNICATIONS         | Case No.  3:12-cv-02036-JSW
   | TECHNOLOGIES, LLC,
13 |
   |         Plaintiff,
14 |                                    | **STIPULATION AND [PROPOSED]**
   |     v.                             | **ORDER SELECTING ADR PROCESS**
15 |
   | SHORETEL, INC.,
16 |
   |         Defendant.
17

18

19   Counsel report that they have met and conferred regarding ADR and have reached the

20   following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21

22   The parties agree to participate in the following ADR process:

23
      Private ADR:  Private mediation with a mediator from JAMS or other provider.
24

25   The parties agree to hold the ADR session by February 28, 2013.

26

27

28

STIPULATION AND [PROPOSED] ORDER                - 1 -                CASE NO:  3:12-cv-02036-JSW
SELECTING ADR PROCESS.

| | | |
|---|---|---|
| 1 | Dated: August 31, 2012 | FARNEY DANIELS, LLP |
| 2 | | */s/ Jonathan D. Baker* |
| 3 | | Jonathan D. Baker |
| 4 | | Counsel for Plaintiff |
| 5 | | Brandywine Communications Technologies, LLC |
| 6 | Dated: August 31, 2012 | FISH & RICHARDSON P.C. |
| 7 | | */s/ Christopher O. Green* |
| 8 | | Christopher O. Green |
| 9 | | Counsel for Defendant |
| 10 | | Avaya Inc. |

I, Jonathan D. Baker, attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 31, 2012          /s/ *Jonathan D. Baker*
                                Jonathan D. Baker

                                Counsel for Plaintiff
                                Brandywine Communications
                                Technologies, LLC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS          - 2 -          CASE NO: 3:12-cv-02036-JSW

1  **[PROPOSED ORDER]**

2  ☒  The parties' stipulation is adopted and IT IS SO ORDERED.

3  ☐  ~~The parties' stipulation is modified as follows, and IT IS SO ORDERED.~~

9  Dated: __September 5__, 2012

   _____
   Honorable Jeffrey S. White
   UNITED STATES DISTRICT JUDGE