Jonathan D. Baker (Cal. Bar No. 196062)
Brent D. Rafferty (Cal Bar No. 221300)
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
E-Mails: JBaker@farneydaniels.com
         BRafferty@farneydaniels.com

ATTORNEYS FOR PLAINTIFF
BRANDYWINE COMMUNICATIONS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SHORETEL, INC., <br><br> Defendant. | Case No. 3:12-cv-02036-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the

following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Private ADR: Private mediation with a mediator from JAMS or other provider.

The parties agree to hold the ADR session by February 28, 2013.

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS.                    - 1 -                    CASE NO: 3:12-cv-02036-JSW

Dated:  August 31, 2012                    FARNEY DANIELS, LLP

                                           */s/ Jonathan D. Baker*
                                           Jonathan D. Baker

                                           Counsel for Plaintiff
                                           Brandywine Communications
                                           Technologies, LLC

Dated:  August 31, 2012                    FISH & RICHARDSON P.C.

                                           */s/ Christopher O. Green*
                                           Christopher O. Green

                                           Counsel for Defendant
                                           Avaya Inc.

    I, Jonathan D. Baker, attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  August 31, 2012                    /s/ *Jonathan D. Baker*
                                           Jonathan D. Baker

                                           Counsel for Plaintiff
                                           Brandywine Communications
                                           Technologies, LLC

**[PROPOSED ORDER]**

☒   The parties' stipulation is adopted and IT IS SO ORDERED.

☐   ~~The parties' stipulation is modified as follows, and IT IS SO ORDERED.~~

Dated: ___September 5___, 2012    _Jeffrey S White_____

Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE