Jonathan D. Baker (Cal. Bar No. 196062)
FARNEY DANIELS LLP
411 Borel Avenue, Suite 350
San Mateo, CA 94402
Telephone:  424-268-5210
Facsimile:   424-268-5219
E-Mail:  JBaker@farneydaniels.com

ATTORNEYS FOR PLAINTIFF
BRANDYWINE COMMUNICTIONS
TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>SHORETEL, INC.,<br><br>          Defendant. | Case No. 3:12-CV-02036-JSW<br><br>**JOINT MOTION TO DISMISS**<br><br>Hon. Jeffrey S. White |

WHEREAS, Plaintiff Brandywine Communications Technologies, LLC ("Brandywine") and Defendant ShoreTel, Inc. ("ShoreTel") (collectively, the "Parties"), have settled Brandywine's claims for relief against ShoreTel and ShoreTel's counterclaims for relief against Brandywine asserted in this case.

NOW, THEREFORE, Brandywine and ShoreTel, through their attorneys of record, request this Court to dismiss Brandywine's claims for relief against ShoreTel and ShoreTel's counterclaims against Brandywine, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: November 28, 2012 | FARNEY DANIELS LLP |
| 2 | | By: */s/ Jonathan D. Baker* |
| | | Jonathan D. Baker |
| 3 | | |
| 4 | | Attorneys for Plaintiff |
| | | BRANDYWINE COMMUNICATIONS |
| 5 | | TECHNOLOGIES, LLC |
| 6 | Dated: November 28, 2012 | FISH & RICHARDSON P.C. |
| 7 | | By: */s/ Christopher O. Green* |
| | | Enrique D. Duarte |
| 8 | | Tamara Fraizer |
| | | Christopher O. Green |
| 9 | | Jacqueline Tio |
| | | Brian P. Boyd |
| 10 | | Jack P. Smith, III |
| | | Ruffin B. Cordell |
| 11 | | |
| 12 | | Attorneys for Defendant |
| | | SHORETEL, INC. |

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 28th day of November, 2012, with a copy of this document via the Court's CM/ECF system.

*/s/ Jonathan D. Baker*
JONATHAN D. BAKER