1  Jonathan D. Baker (Cal. Bar No. 196062)
   FARNEY DANIELS LLP
2  411 Borel Avenue, Suite 350
   San Mateo, CA 94402
3  Telephone:  424-268-5210
   Facsimile:  424-268-5219
4  E-Mail:  JBaker@farneydaniels.com

5  ATTORNEYS FOR PLAINTIFF
   BRANDYWINE COMMUNICTIONS
6  TECHNOLOGIES, LLC

7              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
8              SAN FRANCISCO DIVISION

9  BRANDYWINE COMMUNICATIONS
   TECHNOLOGIES, LLC,
10                                          Case No. 3:12-CV-02036-JSW
11             Plaintiff,
                                            [PROPOSED] ORDER OF DISMISSAL
12     v.                                   WITH PREJUDICE
13  SHORETEL, INC.,                         Hon. Jeffrey S. White
14             Defendant.

15

16         On this day, Plaintiff Brandywine Communications Technologies, LLC ("Brandywine")

17  and Defendant and Counterclaim-Plaintiff ShoreTel, Inc. ("ShoreTel") announced to the Court

18  that they have settled Brandywine's claims for relief against ShoreTel and ShoreTel's

19  counterclaims for relief against Brandywine asserted in this case.  Brandywine and ShoreTel have

20  therefore requested that the Court dismiss Brandywine's claims for relief against ShoreTel and

21  ShoreTel's counterclaims for relief against Brandywine, with prejudice and with all attorneys'

22  fees, costs and expenses taxed against the party incurring same.  The Court, having considered this

23  request, is of the opinion that their request for dismissal should be granted.

24         IT IS THEREFORE ORDERED that Brandywine's claims for relief against ShoreTel and

25  ShoreTel's counterclaims for relief against Brandywine are dismissed with prejudice.  IT IS

26  FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each

27  party incurring the same.

28

IT IS SO ORDERED.

Dated: _____December 3_____, 2012

_____

Hon. Jeffrey S. White
United States District Judge