Jonathan D. Baker (Cal. Bar No. 196062)
FARNEY DANIELS LLP
411 Borel Avenue, Suite 350
San Mateo, CA 94402
Telephone: 424-268-5210
Facsimile: 424-268-5219
E-Mail: JBaker@farneydaniels.com

ATTORNEYS FOR PLAINTIFF
BRANDYWINE COMMUNICTIONS
TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SHORETEL, INC., <br><br> Defendant. | Case No. 3:12-CV-02036-JSW <br><br> [~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Hon. Jeffrey S. White |

On this day, Plaintiff Brandywine Communications Technologies, LLC ("Brandywine") and Defendant and Counterclaim-Plaintiff ShoreTel, Inc. ("ShoreTel") announced to the Court that they have settled Brandywine's claims for relief against ShoreTel and ShoreTel's counterclaims for relief against Brandywine asserted in this case. Brandywine and ShoreTel have therefore requested that the Court dismiss Brandywine's claims for relief against ShoreTel and ShoreTel's counterclaims for relief against Brandywine, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Brandywine's claims for relief against ShoreTel and ShoreTel's counterclaims for relief against Brandywine are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

1  IT IS SO ORDERED.

2  Dated: <u>December 3</u>, 2012

3  _____
   Hon. Jeffrey S. White
4  United States District Judge

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE    2    CASE NO. 3:12-cv-02036-JSW